**Norman Ben ASKEW, Plaintiff–Appellant,**

v.

**Butch JACKSON; Richard O. Broadwell, III; Drew Stanley, Defendants–Appellees.**

No. 16-6699

United States Court of Appeals, Fourth Circuit.

Submitted: October 18, 2016

Decided: October 20, 2016

Norman Ben Askew, Appellant Pro Se. Joseph Finarelli, Special Deputy Attorney General, Raleigh, North Carolina; Kelly Street Brown, Elizabeth Pharr McCullough, Young Moore & Henderson, PA, Raleigh, North Carolina, for Appellees.

Before WILKINSON, KING, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norman Ben Askew appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Askew v. Jackson</u>, No. 5:14–ct–03192–H (E.D.N.C. May 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>